UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LAT LONG INFRASTRUCTURE, LLC; DANIEL          :
ROBERT URBAN,                                  :
                              Plaintiffs,      :
                                               :         <u>REPORT AND</u>
           -against-                           :         <u>RECOMMENDATION</u>
                                               :
                                               :         23-CV-955 (NRM)(MMH)
GOLD CREST CAPITAL, LLC (aka GOLDCREST, aka:
GOLDCREST CAPITAL, LLC); HYBRID ADVANCE,:
LLC; SHIA DEMBITZER; THE JOHN DOE AND JANE:
DOE INVESTORS,                                 :
                                               :
                              Defendants.      :
                                               :
-------------------------------------------------------------------x

**MARCIA M. HENRY**, United States Magistrate Judge:

      For the reasons set forth below, the Court respectfully recommends that the motion for

default judgment at ECF No. 11 (the "Motion") should be **denied** without prejudice and with

leave to renew.

      Plaintiffs Lat Long Infrastructure, LLC ("Lat Long") and Daniel Urban, now appearing

<i>pro se</i>, filed this action on February 7, 2023, against Defendants Gold Crest Capital,

LLC (aka Goldcrest, aka Goldcrest Capital, LLC), Hybrid Advance, LLC, and Shia Dembitzer,

alleging civil RICO and unlawful debt collection claims under 18 U.S.C. § 1962.  The dispute

arose from a series of loans that Lat Long and Urban obtained from Defendants.  (Compl. ¶¶

25–26, 31–32.)  Plaintiffs served Gold Crest and Hybrid Advance on February 16, 2023; to

date, neither Defendant has answered or otherwise responded to the Complaint.  (ECF Nos. 5,

6.)  The Clerk of Court entered a certificate of default on March 17, 2023.  (ECF Nos. 9, 10.)

Plaintiffs filed the instant motion on April 21, 2023, and Judge Block referred the motion for report and recommendation.

On December 6, 2023, Plaintiffs' counsel moved to withdraw as attorney of record due to a breakdown in the attorney-client relationship.  (ECF No. 19.)  As stated in the motion, when counsel was retained in January 2023, Plaintiff Urban was a manager at Lat Long. However, Plaintiff Urban is no longer affiliated with Lat Long. Lat Long's current representatives have not responded to counsel's repeated outreach or to the Court's scheduling order for a hearing.  (*See* 12/11/2023 Order.)   At a hearing on January 12, 2024, Plaintiff Urban and counsel appeared but Lat Long did not. Plaintiff Urban confirmed that he is no longer employed with Lat Long and that Lat Long representatives also have not responded to his outreach.

On January 23, 2024, the Court granted Plaintiffs' counsel's motion to withdraw after counsel timely executed the Court's directive to provide a copy of the case file and the Minute Entry of the motion hearing to Plaintiffs.  (*See* 01/23/2024 Order terminating Attorney Matthew Capozzoli.)  Therefore, Plaintiff Urban is now proceeding *pro se*.  Plaintiff Lat Long, however, is a limited liability company and cannot appear *pro se* in a federal court action. *Lattanzio v. COMTA*, 481 F.3d 137 (2d Cir. 2007) ("Because both a partnership and a corporation must appear through licensed counsel, and because a limited liability company is a hybrid of the partnership and corporate forms, a limited liability company also may appear in federal court only through a licensed attorney.") (citation omitted). The Court previously warned Plaintiff Lat Long that failure to appear in the case may result in dismissal for failure to prosecute.

Accordingly, the Court respectfully recommends that the Motion for Default Judgment should be denied without prejudice and with leave to renew pending Plaintiff Lat Long's retention of counsel.  *Pro se* Plaintiff Urban consents to this request.

The Clerk of Court is respectfully directed to mail a copy of this Report and Recommendation to *pro se* Plaintiff Urban at the address of record on the docket and to Plaintiff Lat Long at the following address: Lat Long Infrastructure, LLC, 9901 Brodie Lane, Suite 160 PMB 1026, Austin, TX 78748, and via email (legalnotices@latlonginfrastructure.com).

Within 14 days of service, any party may serve and file written objections to this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Any requests for an extension of time to file objections shall be directed to Judge Morrison. If a party fails to object timely to this Report and Recommendation, it waives any right to further judicial review of this decision. *Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 (2d Cir. 2022).

                                **SO ORDERED.**

Brooklyn, New York
January 25, 2024

                                 /s/Marcia M. Henry
                                MARCIA M. HENRY
                                United States Magistrate Judge